UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE COURTS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT,<br><br>　　　　Respondent. | No. 2:17-cv-0913 AC P<br><br><br>ORDER |

On May 1, 2017, the Clerk of the Court filed petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, petitioner also filed an identical copy of his petition with the Fresno division of this court which was filed by the Clerk of the Court on April 28, 2017. Courts v. United States District Court for the Eastern District, No. 1:17-cv-00594 EPG.

Accordingly, IT IS HEREBY ORDERED that the petition is dismissed as duplicative of the earlier filed petition in Courts v. United States District Court for the Eastern District, No. 1:17-cv-00594 EPG.

DATED: May 5, 2017

　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE